UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ORAL JASON MURPHY, | ) |
| | ) |
| | ) |
| Plaintiff(s) | ) |
| | ) Case No. 4:13-cv-01103-CEJ |
| vs. | ) |
| | ) |
| CLARK COUNTY SHERIFF'S | ) |
| OFFICE, ET AL, | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

## **ORDER**

The above styled and numbered case was filed on June 12, 2013, and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and randomly assigned to the Honorable Henry E. Autrey , United States District Judge, under cause number 2:13-cv-00056-HEA . **IT IS FURTHER ORDERED** that cause number 4:13-cv-01103-CEJ be administratively closed.

Dated this 12th Day of June, 2013.        JAMES G. WOODWARD

                                           By: /s/ Katie Spurgeon, Deputy in Charge

**Please note the new case number:** 2:13-cv-00056-HEA.